UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ERIK COOPER, | ) |
| | ) |
| Plaintiff, | ) 3:22-CV-00124-DCLC-JEM |
| | ) |
| v. | ) |
| | ) |
| BLUM COLLINS, LLP, et al., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

This matter came before the Court on Defendants' Motion to Dismiss [Doc. 47] for lack of jurisdiction and improper venue and Plaintiff's Motion to Strike [Doc. 57]. Plaintiff later filed a Motion for Reconsideration [Doc. 70]. For the reasons stated in the Memorandum Opinion and Order concerning Defendants' motion [Doc. 69], Defendants' motion [Doc. 47] is **GRANTED** and Plaintiff's Motion to Strike [Doc. 57] is **DENIED**. The Complaint [Doc. 1] is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Request to Take Judicial Notice [Doc. 40] is **DENIED AS MOOT**. For the reasons stated in the Order concerning Plaintiff's Motion for Reconsideration [Doc. 74], that motion [Doc. 70] is **DENIED** and the Motion to Strike Defendants' Opposition to that motion [Doc. 72] is **DENIED AS MOOT**.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

1